**Order entered November 22, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00537-CV

**JOHN K. COIL, AVE, INC. AND EAST BAY, INC., Appellants**

**V.**

**JOHN A. COIL, INDIVIDUALLY AND AS REPRESENTATIVE OF EAST BAY, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-01235**

## ORDER

Before the Court is appellants' unopposed motion for a six-day extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 6, 2021.

/s/     CRAIG SMITH
        JUSTICE